**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08cv614-RJC-DSC**

| | | |
|---|---|---|
| RONALD CARTER & REVOLUTIONARY CONCEPTS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | **ORDER** |
| EMMANUEL OZOENEH, LAWYERS MUTUAL LIABILITY CO. OF NORTH CAROLINA & JASON MILLER, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**THIS MATTER** is before the Court upon the motion of the plaintiffs to dismiss Count III of the Amended Complaint (Doc. No. 29) as to defendants Jason Miller and Lawyers Mutual Liability Insurance Company.

For good cause shown, and with the consent of defendants Miller and Lawyers Mutual to the dismissal, the Plaintiffs' motion is **GRANTED**. Count III of the Amended Complaint is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a). Each party shall bear its own costs relating to that count of the complaint.

**SO ORDERED.**

Signed: July 15, 2010

Robert J. Conrad, Jr.
Chief United States District Judge