UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08cv614-RJC-DSC

| | |
|---|---|
| **RONALD CARTER &** ) <br> **REVOLUTIONARY CONCEPTS, INC.,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **EMMANUEL OZOENEH,** ) <br> **LAWYERS MUTUAL LIABILITY** ) <br> **COMPANY OF NORTH CAROLINA, &** ) <br> **JASON MILLER,** ) <br> ) <br> **Defendants.** ) <br> ) | **ORDER** |

**THIS MATTER** is before the Court sua sponte. There are currently three outstanding motions for summary judgment, each of which became ripe for the Court's review in early July. The Court does not anticipate ruling on these motions in time for counsel to adequately prepare for trial, which is currently set for November 1, 2010. The Court will therefore continue the trial date, setting a new trial date after the outstanding motions are resolved.

**SO ORDERED.**

Signed: August 31, 2010

Robert J. Conrad, Jr.
Chief United States District Judge